IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vann Sr, Garrick D | Case Number: 07 B 16030 |
|---|---|---|
| | Vann, Lisa N | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | Filed: 9/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,250.00 | |
| Secured: | | 1,182.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 67.50 |
| Other Funds: | | 0.00 |
| Totals: | 1,250.00 | 1,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 24,849.91 | 630.67 |
| 4. | Marquette Consumer Finance | Secured | 21,233.00 | 551.83 |
| 5. | Select Portfolio Servicing | Secured | 9,715.51 | 0.00 |
| 6. | Sallie Mae | Priority | 0.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Beta Finance Co | Unsecured | 420.00 | 0.00 |
| 9. | Marquette Consumer Finance | Unsecured | 272.25 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 40.19 | 0.00 |
| 11. | University Anesthesiologists | Unsecured | 92.40 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 21.25 | 0.00 |
| 13. | Plains Commerce Bank | Unsecured | 43.55 | 0.00 |
| 14. | Sallie Mae | Priority | | No Claim Filed |
| 15. | Sallie Mae | Priority | | No Claim Filed |
| 16. | Sallie Mae | Priority | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 18. | AT&T Broadband | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 23. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vann Sr, Garrick D | Case Number: 07 B 16030 |
|---|---|---|
|  | Vann, Lisa N | Judge: Wedoff, Eugene R |
|  | Printed: 1/29/08 | Filed: 9/3/07 |

```
                                        _____        _____
                                        $ 59,688.06       $ 1,182.50
```

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 67.50 |
|  | _____ |
|  | $ 67.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____